UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN SKIFF, <br><br> Plaintiff, <br><br> vs. <br><br> J.A. CAMBECE LAW OFFICE PC <br><br><br> Defendant. | Case No. 1:14-CV-571-SM |

### NOTICE OF DISMISSAL

NOW COMES, the Plaintiff, John Skiff, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses this action, with prejudice, and herby provides Notice of Voluntary Dismissal.

1. "Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the Plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

2. No Answer or Motion for Summary Judgment has been filed by the Defendant.

3. An agreement for settlement has been executed between the parties. WHEREFORE, Plaintiff is entitled to, and hereby Voluntarily Dismisses, this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), *with Prejudice.*

April 6, 2015

    Respectfully submitted,
    Plaintiff
    By his Attorneys


    /s/ Keith A. Mathews
    Skinner, Rivard & Siekmann
    Keith A. Mathews, Esq.
    NHBN: 20997
    587 Union Street, 2md Floor
    Manchester, NH 03014
    Tel: (603) 622-8100
    Fax: (888) 912-1497
    Keith.mathews@skinnerrivard.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of the date of filing.


Dated: April 6, 2015                                      /s/ Keith A. Mathews
                                                                                 Keith A. Mathews, Esq.